UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JO ANNE M. CHANDLER**,<br><br>      Plaintiff,<br><br>vs.<br><br>**UNITED STATES OF AMERICA**,<br><br>      Defendant. | Case No.: 11-cv-5241YGR<br><br>**NOTICE AND ORDER RE: QUESTIONS FOR HEARING** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE OF THE FOLLOWING QUESTIONS FOR THE HEARING SCHEDULED ON APRIL 10, 2012 AT 2:00 P.M.

The Court has reviewed the parties' papers and, thus, does not wish to hear the parties re-argue matters addressed in those pleadings.

The Court notes that Plaintiff has attached to her Amended Complaint items she avers are copies of her claims for refund submitted October 5, 2011. The copies appear to be stamped "received" on October 5, 2011, by the Internal Revenue Service Field Office in Oakland. In connection with Defendant's prior motion to dismiss, filed January 6, 2012, counsel represented that no claim for refund had been made by plaintiff.

Accordingly, counsel for Defendant should be prepared to address:

(1) the basis for counsel's statement in his declaration filed January 6, 2012, that "IRS administrative records do not contain a refund claim for payments made for credit against plaintiff's income tax liabilities for the 2007, 2008, or 2009 tax years" (Declaration of Thomas Moore in Support of Motion to Dismiss, ¶3, Dkt. No. 6.); and

(2) whether, if the Court grants the instant motion, Plaintiff may file an amended complaint in this action alleging compliance with 26 U.S.C. § 6532, given that it appears she submitted a claim for refund to the IRS on October 5, 2011, and six months will have elapsed by the time of the hearing on the motion.

If the parties intend to rely on authorities not cited in their briefs, they are ORDERED to notify the Court and opposing parties of these authorities reasonably in advance of the hearing and to make copies available at the hearing. If the parties submit such additional authorities, they are ORDERED to submit the citations to the authorities only, with reference to pin cites and without argument or additional briefing. *Cf.* Civil L. R. 7-3(d). The parties will be given the opportunity at oral argument to explain their reliance on such authority.

**IT IS SO ORDERED.**

Dated: April 3, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**